| NAME OF DEBTOR | CONSOLIDATED FABRICATORS, INC. | | DOCKET NO. 84-07013 |
|---|---|---|---|
| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT (and name and address of attorney, if any) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
| 1 | DATE FILED: 3/5/84<br>Sears, Roebuck & Company<br>495 N. Watkins<br>Memphis, TN 38140       mm | FILED $ 104.99<br>ALLOWED $ | U |
| 2 | DATE FILED: 3/8/84<br>GMAC<br>325 John Knox Road<br>Tallahassee, FL       mm | FILED $ 2,511.99<br>ALLOWED $ | S |
| 3 | DATE FILED: 3/8/84<br>GMAC<br>325 John Knox Road<br>Tallahassee, FL       mm | FILED $ 5,851.02<br>ALLOWED $ | S |
| 4 | DATE FILED: 3/8/84<br>GMAC<br>325 John Knox Road<br>Tallahassee, FL       mm | FILED $ 5,896.60<br>ALLOWED $ | S |
| 5 | DATE FILED: 3/8/84<br>GMAC<br>325 John Knox Road<br>Tallahassee, FL       mm | FILED $ 5,770.49<br>ALLOWED $ | S |
| 6 | DATE FILED: 3/8/84<br>GMAC<br>325 John Knox Road<br>Tallahassee, FL       mm | FILED $ 5,967.33<br>ALLOWED $ | S |
| 7 | DATE FILED: 3/9/84<br>Philips Industries, Inc.<br>Lasco Division<br>3255 E. Miraloma Avenue<br>Anaheim, CA 92806       mm | FILED $ 1,850.25<br>ALLOWED $ | U |
| 8 | DATE FILED: 3/12/84<br>Drummond Press Inc.<br>2472 Dennis Street<br>Jacksonville, FL   32203       rd | FILED $ 550.87<br>ALLOWED $ | U |
| 9 | DATE FILED: 3/12/84<br>AAA Cooper Transportation<br>P. O. Box 6827<br>Dothan, AL   36302       rd | FILED $ 139.81<br>ALLOWED $ | U |

| NAME OF DEBTOR | | DOCKET NO. | |
|---|---|---|---|
| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT (and name and address of attorney, if any) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
| 10 | DATE FILED: 3/15/84<br><br>Joan Myers, Esq. for<br>Tandy Computer Leasing<br>1101 Two Tandy Center<br>Ft. Worth, Texas   76102   rd | FILED<br>$ 13,205.67<br>ALLOWED<br>$ | U |
| 11 | DATE FILED: 3/20/84<br><br>Lowe's of Floirda, Inc. d/b/a<br>Lowe's of Tallahassee<br>P. O. Box 2294<br>Tallahassee, FL   32304   rd | FILED<br>$ 495.08<br>ALLOWED<br>$ | U |
| 12 | DATE FILED: 4/2/84<br><br>Greyhound Lines, Inc.<br>1400 West Third Street<br>Cleveland, OH   44113   rd | FILED<br>$ 337.80<br>ALLOWED<br>$ | See Claim |
| 13 | DATE FILED: 4/5/84<br><br>Commercial Welding Cupply Co.<br>P. O. Box 370<br>Lake City, FL   32056-0370   rd | FILED<br>$ 351.58<br>ALLOWED<br>$ | U |
| 14 | DATE FILED: 4/6/84<br><br>Don F. Briggs, Esq. for<br>Montgomery Sand Company<br>P. O. Drawer 1357<br>Leesburg, FL   32749-1357   rd | FILED<br>$ 1,072.50<br>ALLOWED<br>$ | U |
| 15 | DATE FILED: 4/10/84<br><br>Jacksonville Bolt and Screw Co., Inc.<br>1500 E. 8th Street<br>Jacksonville, FL   32206   rd | FILED<br>$ 574.93<br>ALLOWED<br>$ | See Claim |
| 16 | DATE FILED: 4/11/84<br><br>Service Packaging, Inc.<br>952 N. Maple Street<br>Albany, GA   31705   rd | FILED<br>$ 1,502.04<br>ALLOWED<br>$ | U |
| 17 | DATE FILED: 4/11/84<br><br>Stanyard Photography<br>3652 Barbary Dr.<br>Tallahassee, FL   32308   rd | FILED<br>$ 898.00<br>ALLOWED<br>$ | Priority |
| 18 | DATE FILED: 4/12/84<br><br>Cinderella Pool and Patio Centers, Inc.<br>1215 S. Jefferson Avenue<br>Saginaw, Michigan   48602   rd | FILED<br>$ 7,220.70<br>ALLOWED<br>$ | See Claim |

| NAME OF BANKRUPT/DEBTOR<br>CONSOLIDATED FABRICATORS, INC. | | DOCKET NO.<br>84-07013 |
|---|---|---|
| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT<br>(and name and address of attorney, if any) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
| 19 | DATE FILED: 4/16/84<br>Amcrete Corporation<br>101 West Street<br>Hillsdale, N. J.   07642       rd | FILED $6,820.43<br>ALLOWED $ | See Claim |
| 20 | DATE FILED: 4/16/84<br>Kelly Services, Inc.<br>999 West Big Beaver<br>Troy, Michigan   48084       rd | FILED $79.88<br>ALLOWED $ | U |
| 21 | DATE FILED: 4/16/84<br>York Chemical Corporation<br>3309 E. Carpenter Frwy<br>Irving, Texas   75062       rd | FILED $18,422.00<br>ALLOWED $ | See Claim |
| 22 | DATE FILED: 4/18/84<br>Ligon Nationwide<br>P. O. Drawer L,  Hwy 85-E<br>Madisonville, KY   42431-0780       rd | FILED $1,540.00<br>ALLOWED $ | U |
| 23 | DATE FILED: 4/20/84<br>Scott-Burnett, Inc.<br>711 W. Gaines St.<br>Tallahassee, FL   32304       rd | FILED $539.79<br>ALLOWED $ | U |
| 24 | DATE FILED: 5/7/84<br>American Box Company<br>P. O. Box 179<br>Fernwood, MS   39635       rd | FILED $3,093.00<br>ALLOWED $ | U |
| 25 | DATE FILED: 5/8/84<br>Jerome M Novey, P.A. for<br>NOVEY & MENDELSON<br>Suite 800, Lewis State Bank Bldg.<br>Tallahassee, FL       rd | FILED $1,682.33<br>ALLOWED $ | U |
| 26 | DATE FILED: 5/9/84<br>John F. Chafin, Tax Collector<br>P. O. Box 1835<br>Tallahassee, FL   32302       rd | FILED $5,728.25<br>ALLOWED $ | Taxes |
| 27 | DATE FILED: 5/10/84<br>A Z S CORPORATION<br>P. O. Box 93366<br>Atlanta, GA   30318       rd | FILED $75,936.32<br>ALLOWED $ | See Claim |

| NAME OF BANKRUPT/DEBTOR | | | DOCKET NO. |
|---|---|---|---|
| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT (and name and address of attorney, if any) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
| 28 | DATE FILED: 5/16/84 <br> The American Management Association <br> P. O. Box 319 <br> Saranac Lake, N.Y.    rd | FILED $1,283.57 <br> ALLOWED $ | U <br> The Amer. Man. Assc <br> 135 W. 50th St. <br> New York, N.Y.  10020 |
| 29 | DATE FILED: 5/21/84 <br> Airwick Industries <br> 111 Commerce Road <br> Carlstadt, N. J.    07072 rd | FILED $64,163.13 <br> ALLOWED $ | See Claim |
| 30 | DATE FILED: 5/25/84 <br> Aquaslide 'n' Dive Corp <br> 11 Southport Road <br> Brownsville, Texas   78520 <br>     rd | FILED $8,644.61 <br> ALLOWED $ | See Claim |
| 31 | DATE FILED: 6/22/84 <br> Acme Tube/J. L. Inc. <br> Howard Avenue <br> Somerset, N.J.   08873    rd | FILED $42,408.63 <br> ALLOWED $ | U |
| 32 | DATE FILED: 6/22/84 <br> The Industrial Development Corp of Fl <br> 801 N. Magnolia Avenue <br> Orlando, FL   32801    rd | FILED $37,148.17 <br> ALLOWED $ | S  See Claim <br> Plus costs & atty's fees |
| 33 | DATE FILED: 6/25/84 <br> Smalley Transportation Co. <br> 3333 Henderson Blvd. <br> Tampa, FL   33609    rd | FILED $887.97 <br> ALLOWED $ | U |
| 34 | DATE FILED: 6/27/84 <br> District Director   IRS <br> 400 W. Bay Street <br> P. O. Box 35045 <br> Jacksonville, FL   32202    rd | FILED $4,209.23 <br> ALLOWED $ | Priority-Taxes |
| 35 | DATE FILED: 6/28/84 <br> Jim Walter Papers <br> 5402 W. First St. <br> P. O. Box 6519 <br> Jacksonville, FL    rd | FILED $1,455.41 <br> ALLOWED $ | U |
| 36 | DATE FILED: 7/3/84 <br> KDI American Products, Inc. <br> 10913 Vanowen St. <br> N. Hollywood, CA   91605   rd | FILED $4,196.68 <br> ALLOWED $ | See Claim |

| NAME OF BANKRUPT/DEBTOR<br>CONSOLIDATED FABRICATORS, INC. a Florida Corp. | | DOCKET NO.<br>84-07013 |
|---|---|---|
| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT<br>(and name and address of attorney, if any) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
| 37 | DATE FILED: 7/3/84<br>Joan Myers, Esq. for<br>Tandy Computer Leasing<br>1101 Two Tandy Center<br>Ft. Worth, Texas  76102      rd | FILED<br>$9,094.39<br>ALLOWED<br>$ | U |
| 38 | DATE FILED: 7/5/84<br>Carolina Freight Carriers Corp.<br>Highway 150 E.<br>Cherryville, N.C.                  rd | FILED<br>$1,863.66<br>ALLOWED<br>$ | See Claim |
| 39 | DATE FILED: 7/23/84<br>Smith's Transfer Corporation<br>P. O. Box 1000<br>Staunton, VA  24401               rd | FILED<br>$342.02<br>ALLOWED<br>$ | U<br>Amended See Claim #52 |
| 40 | DATE FILED: 9/17/84<br>William W. Montjoy, Esq. for<br>Spartan-Aqualon Corportion<br>1105 Hays Street<br>Tallahassee, FL  32301           rd | FILED<br>$119,566.63<br>ALLOWED<br>$ | U |
| 41 | DATE FILED: 9/20/84<br>McGowan Electric Supply Co.<br>P. O. Box 387<br>Tallahassee, FL  32302           rd | FILED<br>$1,157.60<br>ALLOWED<br>$ | U |
| 42 | DATE FILED: 9/24/84<br>Welch and Munroe, P.A.<br>W. Bradley Munroe, Esq.<br>107 S. Bronough Street<br>Tallahassee, FL  32301           rd | FILED<br>$5,390.10<br>ALLOWED<br>$ | U |
| 43 | DATE FILED: 9/25/84<br>Riberglass, Inc.<br>P. O. Box 460790<br>Garland, Texas  75046             rd | FILED<br>$22,024.27<br>ALLOWED<br>$ | See Claim |
| 44 | DATE FILED: 10/1/84<br>Dual Management Associates<br>P. O. Box 836<br>Glens Falls, N.Y.  12801         rd | FILED<br>$1,200.00<br>ALLOWED<br>$ | U |
| 45 | DATE FILED: 10/4/84<br>Pacific Industries, Inc.<br>c/o E. Thomas Brushwood, Esq.<br>P. O. Box 10117<br>Tallahassee, Fl 32302           jd | FILED<br>$8,816.88<br>ALLOWED<br>$ | U |

FORM BK 75 - REVISED
SEP. 1962                       **CLAIMS REGISTER**                  UNITED STATES DISTRICT COURTS

| NAME OF BANKRUPT/DEBTOR | | | DOCKET NO. |
|---|---|---|---|
| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT (and name and address of attorney, if any) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
| 46 | DATE FILED: 10/26/84<br>Pool Technology Unltd<br>11 Southport Road<br>Brownsville, Texas                rd | FILED $ 4,107.43<br>ALLOWED $ | See Claim |
| 47 | DATE FILED: 12/14/84<br>American Freight System, Inc.<br>P. O. Box 52<br>Sioux Falls, S. D   57191 | FILED $ 1,555.92<br>ALLOWED $ | American Freight System, Inc.<br>900 W. Delaware<br>Sioux Falls, S. D.  57104 |
| 48 | DATE FILED: 2/1/85<br>Flex--O--Lite Div of L. G. I.<br>8301 Flex-O-Lite Drive<br>St. Louis, MO   63123       rd | FILED $3,420.00<br>ALLOWED $ | U |
| 49 | DATE FILED: 2/4/85<br>District Director   IRS<br>400 W. Bay Street<br>P. O. Box 35045<br>Jacksonville, FL   32202    rd | FILED $ 4,390.40<br>ALLOWED $ | Priority-Taxes |
| 50 | DATE FILED: 2/12/85<br>W. Kirk Brown, P.A.<br>P. O. Box 4075<br>Tallahassee, FL   32303       rd | FILED $ 227.59<br>ALLOWED $ | Administrative |
| 51 | DATE FILED: 2/19/85<br>Lynn Huber, Esq. for<br>Small Business Administration<br>400 W. Bay Street, Box 35067<br>Jacksonville, FL   32202    rd | FILED $ 97,414.50<br>ALLOWED $ | See Claim<br>plus int. accrued to 1/31/85<br>in sum of $9,616.61 & accruing<br>thereafter at the daily rate of<br>$18.35 |
| 52 | DATE FILED: 3/14/85<br>Smith's Transfer Corp.<br>P. O. Box 1000<br>Staunton, VA   24401        rd | FILED $1,397.48<br>ALLOWED $ | U<br>Amended See Claim #39 |
| 53 | DATE FILED: 4/18/85<br>John E. Hunt and Associates (Corporate<br>2322 Centerville Road      Risk Mgmt)<br>Tallahassee, FL   32308        rd | FILED $ 3,033.00<br>ALLOWED $ | Administrative |
| 54 | DATE FILED: 7/15/85<br>Dual Management Associates<br>9 Fox Road<br>P. O. Box 836<br>Glens Falls, NY   12801       rd | FILED $ 1,200.00<br>ALLOWED $ | See Claim |

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT (and name and address of attorney, if any) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
|---|---|---|---|
| | NAME OF DEBTOR: CONSOLIDATED FABRICATORS, INC. | DOCKET NO. 84-07013 | |
| 55 | DATE FILED: 8/8/85<br>James M. Donohue, Esq. for<br>Unsecured Creditors Committee<br>P. O. Drawer 1049<br>Tallahassee, FL   32302   rd | FILED $29,098.49<br>ALLOWED $ | Priority |
| 56 | DATE FILED: 8/9/85<br>District Director   IRS<br>400 W. Bay Street<br>Jacksonville, FL   32202   rd | FILED $14,272.19<br>ALLOWED $ | Priority |
| 57 | DATE FILED: 8/13/85<br>Dept. Labor & Employment Security<br>Milton M. Miley, Deputy Chief<br>Room 304 Caldwell Building<br>Tallahassee, FL   32301   rd | FILED $652.68<br>ALLOWED $ | Priority |
| 58 | DATE FILED: 8/23/85<br>Conger Brother Mfg., Inc.<br>13892 Enterprise Dr.<br>Garden Grove, CA   92643   rd | FILED $827.50<br>ALLOWED $ | See Claim |
| 59 | DATE FILED: 4/6/92<br>GMAC<br>1700 W. Park Drive<br>Westborom Ma   01581 | FILED $5666.87<br>ALLOWED $ | See Claim |
| | DATE FILED: | FILED $<br>ALLOWED $ | |
| | DATE FILED: | FILED $<br>ALLOWED $ | |
| | DATE FILED: | FILED $<br>ALLOWED $ | |
| | DATE FILED: | FILED $<br>ALLOWED $ | |

FORM BK 75 (REV. 3/80)         CLAIMS REGISTER         UNITED STATES BANKRUPTCY COURTS