UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:

Consolidated Fabricators Inc.

*Debtor(s)*

Case No. 84-07013

### AFFIDAVIT FOR REIMBURSEMENT OF UNCLAIMED DIVIDEND

State of: Georgia

County of: Fulton

Stanyard Photography by its agent Seasons Finest Inc.    \\being duly sworn, deposes and says:
*(Name of Creditor/Claimant)*

That he/she is a creditor of the above named debtor.

That  Consolidated Fabricators Inc.    was duly adjudged a debtor in the
*(Name of Debtor)*
United States Bankruptcy Court for the Northern District of Florida. That said creditor duly filed his/her claim, which was thereafter duly allowed. Dividends amounting to the sum of
$ 4,167.21    remain unpaid.

That the said claim has not been sold or assigned, and that it is still the property of deponent.

It is therefore requested that the Clerk of this Court pay to:

Stanyard Photography by its agent Seasons Finest Inc.    of
*(Name of creditor/claimant)*
1170 Peachtree Street Suite 1200, Atlanta GA. 30309    the sum of
*(Address of creditor/claimant)*

$ 4,167.21  . Dated this 25  day of September , 2008.

_Seasons Finest Inc/agent for Stanyard Photography_
*(Signature of Creditor/Claimant)*
267740320 Stanyard Photogr
*(Tax identification number of creditor/claimant)*

Sworn to and subscribed before me this
30th day of September , 20 08 by
Phronie Warner, Seasons Finest Inc/agent for Stanyard Photography
*(Name of claimant)*
who is personally known to me or has produced
Driver's Lic.    as identification.
*(Type of identification produced)*

_____
Notary Public

Expires on March 7, 2010

08 OCT 16 AM 10: 50

FILED

## SEASONS FINEST INC.

### LIMITED POWER OF ATTORNEY
(LIMITED TO THIS TRANSACTION ONLY)

STANYARD PHOTOGRAPHY appoints SEASONS FINEST INC. (SFI) acting through its General Counsel and research staff as its attorney-in-fact to recover, receive, and obtain the outstanding tender of funds in the amount of $4,167.21 held by a government entity.

Stanyard Photography grants its attorney-in-fact the authority to do all things reasonably necessary to recover, and receive unclaimed funds in the amount of $4,167.21 held by a government entity.

Seasons Finest Inc. as attorney-in-fact may not make any expenditure or incur any costs on behalf of Stanyard Photography.

This Limited Power of Attorney revokes all previous Powers of Attorney granted for the purpose of recovering or obtaining the outstanding tender of funds held in the name of Stanyard Photography in the amount of $4,167.21 held by a government entity.

_____
Stanyard Photography (owner-president)

Signed this __11th__ day of __August__ 2008

State of: __Florida__

County of: __Leon__

Before me Ray Stanyard owner and president of Stanyard Photography is personally appeared and acknowledged to me that he is the person whose name is subscribed within the instrument and acknowledged that the execution thereof to be his free act.

Signature: _____ Notary Seal

MY COMMISSION EXPIRES: __6-22-12__



IAN LIVINGSTON
Notary Public - State of Florida
My Commission Expires Jun 22, 2012
Commission # DD 799260
Bonded Through National Notary Assn.

SEASONS FINEST INC.

ASSIGNMENT OF PARTIAL INTEREST

TO: SEASONS FINEST INC. 1170 PEACHTREE STREET SUITE #1200 ATLANTA, GA. 30309

In consideration of your diligent search and investigation which established my whereabouts and brought to my attention certain unclaimed assets in the amount of $4,167.21 to which Stanyard Photography might be entitled, and in further consideration of (1) information given or to be given to me, and (2) your continued efforts to gather all available information regarding Stanyard Photographys' claim to those assets or a portion of them, I hereby assign to Seasons Finest Inc. a thirty-five (35%) percent interest in such assets.

Seasons Finest Inc. is hereby authorized to take the steps necessary to protect and recover Stanyard Photographys' share of the assets, and for that purpose to employ legal counsel of their choice, if needed, at their expense. This means that while the employment of legal counsel by Seasons Finest Inc. would be to establish Stanyard Photagraphys' right to the assets and distribute them, Stanyard Photography is not in any way liable for such legal fees.

I further understand that Stanyard Photography has no personal liability to Seasons Finest Inc. for any kind of costs or expenses whatsoever, and that Seasons Finest Inc. will never request any payment or reimbursement. Additionally, costs incurred by Seasons Finest Inc. will in no way reduce the amount to which Stanyard Photography might be entitled.

This Assignment is given with the understanding that if it is found that Stanyard Photography is not entitled to these certain unclaimed assets, Seasons Finest Inc. will not be entitled to receive any fee or interest from Stanyard Photography, and Stanyard Photography will not be liable or obligated to Seasons Finest Inc. for any costs or expenses.

After receiving signed agreements, Seasons Finest Inc. will mail a report which explains the nature of Stanyard Photographys' entitlement and the source from which Stanyard Photography could expect any assets. This assignment ONLY applies to the single source disclosed in the report issued by Seasons Finest Inc. This means that Seasons Finest Inc. will not have any Interest or claim, now or in the future, other than that which is outlined in the report.

Signed this ___11___ day of ___August___ 2008

_____
ASSIGNOR
STANYARD PHOTOGRAPHY (OWNER OR PRESIDENT)

_____
ASSIGNEE-SEASONS FINEST INC.

NOTARY PUBLIC: _____

MY COMMISSION EXPIRES:

IAN LIVINGSTON
Notary Public - State of Florida
My Commission Expires Jun 22, 2012
Commission # DD 799260
Bonded Through National Notary Assn









**US ATTORNEY**

## Notice of filing of an affidavit for reimbursement of unclaimed dividend

Notice of filing of an affidavit for reimbursement of unclaimed dividend has been mailed for Filing to the U S Bankruptcy Court, Northern District of Florida, on behalf of Stanyard Photography Case # 84-07013

Signed _____

Phronie G. Warner Pres/CEO

SEASON'S FINEST INC. ● 404 872 0901 ● 1170 PEACHTREE STREET SUITE 1200 ● ATLANTA, GA 30309 seasonsfinest.com
email junewarner@seasonsfinest.com