UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

CONSOLIDATED FABRICATORS, INC.,

Case No. 84-07013

Debtor(s) /

## ORDER DENYING APPLICATION FOR PAYMENT OF FUNDS

THIS MATTER came before the Court on the Application for Reimbursement of Unclaimed Dividend filed by Season's Finest Inc., agent for creditor Stanyard Photography, for unclaimed funds held in the registry of the Court. Upon review of the record by the Clerk's Office, it appears that the named creditor on the Trustee's Notice of Depositing Unclaimed Funds filed on November 20, 1992 was incorrect. Therefore, it is

ORDERED that the Clerk's Office make a correction to the official record to show $4,167.21 belonging to William W. Montjoy, Esq., for Spartan-Aqualon Corporation and not Stanyard Photography as reflected in the Court file;

ORDERED that the funds held in the registry of the Court in the amount of $4,167.21 be held on behalf of William W. Montjoy, Esq., for Spartan-Aqualon Corporation;

ORDERED that the Application for Reimbursement of Unclaimed Dividend filed on behalf of Stanyard Photography is DENIED.

DONE and ORDERED at Tallahassee, Florida, this 5th day of November, 2008.

LEWIS M. KILLIAN, JR.
Bankruptcy Judge

copies to:

Stanyard Photography, Creditor