# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA

IN RE:

Case No. **84-07013-LMK**

**Consolidated Fabricators, Inc.**
Debtor(s)

## AFFIDAVIT FOR REIMBURSEMENT OF UNCLAIMED DIVIDEND

State of: Arizona }

County of: Maricopa }

I, **Lowell R. Dahlgren, Mgr. Outadabox Asset Recovery,** being duly sworn, deposes and says:
(Name of Attorney-in-fact)

That he is acting as the Attorney-in-fact for AZS Corporation of the above named debtor.

That **Consolidated Fabricators, Inc** was duly adjudged a debtor in the United States Bankruptcy Court
(Name of Debtor)
for the Northern District of Florida. To the best of our knowledge, that said creditor duly filed his claim, which was thereafter duly allowed. Dividends amounting to the sum of **$3297.21** remain unpaid.
That the said claim has not been sold or assigned, and that it is still the property of deponent.

It must also be said that our records pertaining to this Debtor, event and timeframe have been destroyed and absolute proof can not be validated.

The address of AZS Corp. for many years was 762 Marietta Blvd NW; Atlanta, GA 30318. It is now a wholly owned subsidiary of Tosoh USA, Inc. with offices in Grove City, OH.

It is therefore requested that the Clerk of this Court pay to:

**AZS, Corporation** of
(Name of creditor/claimant)
**3600 Gantz Rd.; Grove City, OH 43123** the sum of
(Address of creditor/claimant)
**$3297.21.** Dated this 28 day of April 2009

_____
Lowell R. Dahlgren
(Attorney-in-fact for AZS Corp)
**58-0422330**
(Tax identification number of AZS Corp)

FILED 2009 MAY -4 P [ ] CLERK BANKRUPTCY COURT NORTHERN DISTRICT

Sworn to and subscribed before me this
28, day of April, 2009 by

Lowell Dahlgren
(Name of Attorney-in-fact)

who is personally known to me or has produced
Arizona Dr. License as identification
(Type of identification produced)

_____
Notary Public

CRYSTAL ROHLICEK
NOTARY PUBLIC   ARIZONA
MARICOPA COUNTY
My Commission Expires
June 9, 2012

Outadabox Asset Recovery
2460 S. Walnut Dr
Chandler, AZ 85286
Tel (480) 219-9444
Fax (480) 275-2061

# AFFIDAVIT OF FUNDS LOCATOR

I, Lowell R. Dahlgren having obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that __AZS Inc.__ is legally entitled to the unclaimed funds referenced in this application. I am familiar with the State of Arizona requirements for acting in the capacity of Attorney in Fact.

*[signature]*
Lowell R. Dahlgren, Mgr.
Outadabox Asset Recovery
Attorney in Fact for **"AZS Inc         "**

State of __Arizona__, County of __Maricopa__

On this ___ day of _____, 2009, before me, the undersigned Notary Public in and for the said County and State, personally appeared, __Lowell R. Dahlgren__, known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned. WITNESS my hand and official seal.

Notary Public: _____
My Commission expires: September 29, 2012
Notary in an for the State of Arizona

KRISTIN A. LANDREMAN
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
September 29, 2012

# United States Bankruptcy Court
# Northern District of Florida

RE:

Consolidated Fabricators, Inc.

Debtor (s)

Case: 84-07013-LMK

**Authority To Act**
**Limited Power of Attorney**
Limited to one Transaction

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1.  **AZS Corporation** ("CLIENT"), appoints **Outadabox Asset Recovery, LLC**, ("Funds Locator") as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$3,297.21** (the "FUNDS"), including the right to collect on the CLIENT'S behalf any such funds that are held by a Governmental agency or authority.

2.  CLIENT grants to FUNDS LOCATOR the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the Governmental agency or authority. It includes information necessary to establish addresses (ie utility statements etc). This limited authority includes the right to receive all communications from the Governmental agency or authority and to receive the FUNDS. The sole purpose will be to photocopy the FUNDS document for the FUNDS LOCATORS records. The FUNDS will be then be forwarded, along with the FUNDS LOCATORS invoice to the CLIENT. It is understood by all parties that the FUNDS will be in the original creditor's name.

3.  FUNDS LOCATOR may not make any expenditure or incur any costs or fees on behalf of CLIENT without Client's prior express written consent.

4.  This authority to act shall become effective on the below signed date and will expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

Signature: _[signed]_

Print: Jim Shaffer

Corporate Seal (if available)

## ACKNOWLEDGMENT

State of Ohio, County of Franklin.

On this 16 day of March, 2008, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Jim Shaffer known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal

NOTARY PUBLIC _[signed Jessica Newsome]_

Residing at Franklin Co. Ohio

My Commission expires 7/15/2013

Control No. **J006153**

# STATE OF GEORGIA
## Secretary of State
Corporations Division
315 West Tower
#2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

# CERTIFICATE OF EXISTENCE

I, Karen C Handel, Secretary of State and the Corporations Commissioner of the state of Georgia, hereby certify under the seal of my office that

## AZS CORPORATION

**Domestic Profit Corporation**

was formed or was authorized to transact business on 06/28/1948 in Georgia. Said entity is in compliance with the applicable filing and annual registration provisions of Title 14 of the Official Code of Georgia Annotated and has not filed articles of dissolution, certificate of cancellation or any other similar document with the office of the Secretary of State.

This certificate relates only to the legal existence of the above-named entity as of the date issued. It does not certify whether or not a notice of intent to dissolve, an application for withdrawal, a statement of commencement of winding up or any other similar document has been filed or is pending with the Secretary of State.

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence that said entity is in existence or is authorized to transact business in this state.



WITNESS my hand and official seal of the City of Atlanta and the State of Georgia on 4th day of March, 2009

Karen C Handel
Secretary of State

Certification Number: 3706049-1   Reference:
Verify this certificate online at http://corp.sos.state.ga.us/corp/soskb/verify.asp

Written Consent
of
the Sole Director
of
AZS CORPORATION,
a Georgia corporation

Effective as of June 27, 2008

The undersigned, being the sole director of AZS CORPORATION, a Georgia corporation (the "Corporation"), hereby adopts the following resolutions and takes the following actions in accordance with the provisions of Section 14-2-821(a) of the Georgia Business Corporation Law and the Corporation's By-Laws:

1. **Appointment of Officers.**

WHEREAS, it is appropriate to appoint officers of the Corporation for the next year;

NOW, THEREFORE, it is hereby resolved that effective as of the date hereof, all incumbent officers of the Corporation are removed without cause, and the following persons are appointed to the offices set forth below opposite their respective names, to serve in such capacities until the next annual meeting of the Board of Directors and until their successors are duly elected and qualified:

| | |
|---|---|
| President | Yutaka Nakamura |
| Treasurer | James Shaffer |
| Secretary | Tasha Nguyen |

IN WITNESS WHEREOF, the undersigned has executed this Written Consent of the Sole Director as of the date set forth above.

_____
Yutaka Nakamura

Page 1 of 1



**GEORGIA POWER**
A SOUTHERN COMPANY

BIN #10102
241 Ralph McGill Blvd.
Atlanta, GA 30308-3374

**NO PAYMENT REQUIRED**

0280258960284700000000000000000000000000000000000000000

Mail To:
96 ANNEX
ATLANTA GA
30396-0001

A Z S CORP
AZSCorp
GIL KELLEY
156 KEYSTONE DRIVE
MONTGOMERYVILLE PA 18936

ACCOUNT NUMBER 80258-96028 20

TOTAL DUE      $0.00

www.georgiapower.com
ACCOUNT ACCESS CODE: 168309
ACCOUNT NUMBER 80258-96028
CUSTOMER NAME  A Z S CORP
SERVICE ADDRESS  762 MARIETTA BLVD NW

GEORGIA POWER COMPANY
805-B R D Abernathy Blvd
Atlanta, GA 30310
For Customer Service, Please Call
1-888-655-5888

| RATE NAME | SERVICE PERIOD FROM | TO | METER NUMBER | READING TYPE | METER READING PREVIOUS | PRESENT | METER CONSTANT | USAGE |
|---|---|---|---|---|---|---|---|---|
| PLS-C | 01-02-00 | 01-31-00 | DL1933 | Tot kWh | 59598 | 61898 | 1 | 2,300 |
|  |  |  |  | Pk kW |  | 4 | 1 | 4 |

**EXPLANATION OF CHARGES**

| | | |
|---|---|---|
| PLS-C - Power and Light Small-COM | 01/02-01/31 | |
| Current Service | | 198.39 |
| Environmental Compliance Cost | | 7.18 |
| Franchise Fee | | 5.16 |
| Sales Tax | | 16.86 |
| Credit | | -227.59 |
| Unapplied Credit | | 245.00 |
| Credit Bal. - Do Not Pay  $245.00 | | |
| Estimated Bill | | |

**PAYMENTS SINCE LAST BILLING**

**HISTORICAL DATA**

| | Days | KWH | Cost | Billed Demand |
|---|---|---|---|---|
| This Mth | 29 | 2300 | 227.59 | 5 |
| Last Mth | 33 | 413 | 71.00 | 5 |
| 1 Yr Ago | 33 | 2617 | 212.01 | 5 |

**NO PAYMENT REQUIRED**

**TOTAL DUE $0.00**

Balances unpaid 7 days after this date are subject to a late charge of 1.5%
of the amount due or $2.00, whichever is greater.

ACCOUNT NUMBER    80258-96028

R081703